IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. GRESS *et al.*, | : | |
| | : | 1:14-cv-2085 |
| Appellants, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| JOHN P. NEBLETT, *et al.*, | : | |
| | : | |
| Appellees. | : | |

## ORDER

### March 13, 2015

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Appellee's Motion to Dismiss for Failure to Prosecute (Doc. 6) is **GRANTED**.

2. This bankruptcy appeal (Doc. 1) is **DISMISSED** based on failure to prosecute.

3. The Clerk of Court is directed to **CLOSE** the file on this case.

s/ John E. Jones III
John E. Jones III
United States District Judge